**STATE of Missouri, Respondent,**

v.

**Bradley G. TURNER, Appellant.**

**No. ED 104627**

Missouri Court of Appeals,
Eastern District,
DIVISION FOUR.

Filed: October 10, 2017

Garrick F D Aplin, PO Box 899, 221 W. High St., Jefferson City, MO 65102, For Plaintiff/Respondent.

Samuel E. Buffaloe, 1000 W. Nifong, Bldg. 7, Ste. 100, Columbia, MO 65203, For Defendant/Appellant.

Before Colleen Dolan, P.J., Mary K. Hoff, J., and Lisa S. Van Amburg, J.

ORDER

PER CURIAM.

Bradley Turner ("Defendant") was charged with one count of first degree murder and one count of armed criminal action. He was eventually convicted of voluntary manslaughter and armed criminal action after a jury trial, receiving a total sentence of 35 years. Finding the trial court did not abuse its discretion in denying Defendant's motion for continuance, denying Defendant's motion for new trial, or admitting autopsy photographs into evidence, we affirm the judgment of the trial court.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 30.25(b).